John Pirkl Iron Works, Respondent, v. Peter J. Ryan, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Knowles* v. *Lichtenstein* (33 App. Div. 605). Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Michael Joseph Keenan, Jr., Respondent, v. Eisenbach Realty and Construction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Henry Kirches, Respondent, v. Albert E. Kleinert, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Koster, Jr., Appellant, v. Harry G. Smith, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

M. Lindheim & Company, Appellant, v. Central National Realty and Construction Company and Others, Respondents. Axel Shureen, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Samuel Love and Others, Appellants, v. Globe Hat Manufacturing Company, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Patrick McGettrick, Respondent, v. The Staten Island Railway Company and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Gaynor, Rich and Miller, JJ., concurred; Woodward and Hooker, JJ., dissented.

Hiram Merritt and George H. Merritt, Respondents, v. Perry E. Wilson Appellant.— Judgment affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Hiram Merritt and George H. Merritt, Respondents, v. Perry E. Wilson, Appellant.— Judgment affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Michael J. Murphy, Respondent, v. The Staten Island Railway Company and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Gaynor, Rich and Miller, JJ., concurred; Woodward and Hooker, JJ., dissented.

Bothilda Palmland, Appellant, Respondent, v. The Brooklyn Heights Railroad Company, Respondent, Appellant.— Judgment of the Municipal Court affirmed, with costs to the plaintiff. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Bertha Patterson, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Guiseppi Pecherella, Appellant, v. Oscar Bauer and John M. Dempsey, Copartners, Doing Business under the Firm Name and Style of Maxwell & Dempsey, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Hyman Persky, Respondent, v. Abraham Dubroff, Appellant, and Others.— Order reversed, with ten dollars costs and disbursements, on the ground that the court at Special Term was without authority to grant the same, and motion